UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDITH ADELA FERNANDEZ MARTINEZ, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

               Plaintiffs,

v.

JAPAN AMERICA TRADING AGENCY,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-3874

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), JUDITH ADELA FERNANDEZ MARTINEZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice and without fees and costs against Defendant, JAPAN AMERICA TRADING AGENCY.

Dated:   New York, New York
          October 3, 2025

**GOTTLIEB & ASSOCIATES PLLC**

<u>/s/ Michael A. LaBollita</u>
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:

_____
United States District Court Judge